```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | NO. 2:12-MJ-003 EFB |
| | ) | |
| v. | ) | ORDER |
| | ) | UNSEALING COMPLAINT |
| SIPPY LAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: January 10, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE