BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-mj-003 EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROTECTIVE |
| v. | ) | ORDER RE: DISSEMINATION OF |
| | ) | DISCOVERY DOCUMENTS CONTAINING |
| | ) | NAMES AND PERSONAL IDENTIFYING |
| | ) | INFORMATION |
| SIPPY LAL, and | ) | |
| MAMTA SHARMA | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in United States v. Lal, et al., stipulate and agree, and respectfully request that the Court order that:

1. The United States shall turn over discovery in this case subject to this stipulation and associated protective order.

2. Certain of the documents contained in the government's discovery production contain names and personal identifying information of certain defendants and other individuals (hereinafter, the "Protected Material"). Such personal identifying information includes, but is not

1

|   |   |   |
|---|---|---|
| 1 |    | limited to, surnames, street addresses, telephone numbers, |
| 2 |    | driver's license numbers, social security numbers, |
| 3 |    | financial account numbers, dates of birth, A-file numbers, |
| 4 |    | and any other alphanumeric identifiers attributed to any |
| 5 |    | person.  Any pages of discovery that contain no personal |
| 6 |    | identifying information are not subject to this order. |
| 7 | 3. | The Protected Material is now and will forever remain the |
| 8 |    | property of the United States.  The Protected Material is |
| 9 |    | entrusted to counsel for each defendant only for purposes |
| 10 |   | of representation in this case. |
| 11 | 4. | Counsel for each defendant shall not give Protected |
| 12 |   | Material or any copy of Protected Material to any person |
| 13 |   | other than counsel's staff, investigator, or retained |
| 14 |   | expert(s).  The terms "staff," "investigator," and |
| 15 |   | "expert" shall not be construed to describe any defendant |
| 16 |   | or other person not either regularly employed by counsel |
| 17 |   | or a licensed investigator or expert hired in this case. |
| 18 | 5. | Any person receiving Protected Material or a copy of |
| 19 |   | Protected Material from counsel for any defendant shall be |
| 20 |   | bound by the same obligations as counsel and further may |
| 21 |   | not give the Protected Material to anyone (except that the |
| 22 |   | Protected Material shall be returned to counsel). |
| 23 | 6. | Counsel shall maintain a list of persons to whom any |
| 24 |   | Protected Material, or copies thereof, have been given. |
| 25 |   | Such persons shall be shown a copy of this Stipulation and |
| 26 |   | Order and shall sign a copy of the Stipulation and Order |
| 27 |   | and note that they understand its terms and agree to them. |
| 28 | 7. | The defendants in this case may review the Protected |

|   |   |   |
|---|---|---|
| 1 | | Material and be aware of its contents, but shall not be |
| 2 | | given control of the Protected Material or any copies |
| 3 | | thereof.  Notwithstanding the foregoing, counsel are |
| 4 | | permitted to provide each defendant with copies of |
| 5 | | documents otherwise classifiable as Protected Material so |
| 6 | | long as counsel completely redact <u>all</u> personal identifying |
| 7 | | information from those documents prior to providing them |
| 8 | | to a defendant. |
| 9 | 8. | The foregoing notwithstanding, after the Trial |
| 10 | | Confirmation Hearing in this case, counsel, staff, and |
| 11 | | investigator for any defendant who has confirmed for trial |
| 12 | | may make copies of the Protected Material for trial |
| 13 | | preparation and presentation.  Any copies must, however, |
| 14 | | remain in the possession of counsel, staff, investigator, |
| 15 | | expert or the Court. |

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: January 11, 2012        By:   /s/ Michele Beckwith
                              MICHELE BECKWITH
                              PHILIP FERRARI
                              Assistant U.S. Attorneys

DATE: January 11, 2012        /s/
                              MATTHEW SCOBLE
                              Assistant Federal Defender
                              Attorney for SIPPY LAL

////
////
////
////

3

DATE: January 11, 2012      /s/
                            CLYDE BLACKMON
                            Attorney for MAMTA SHARMA

**IT IS SO ORDERED:**

DATED:   January 11, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE