1 DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2 DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone (916) 498-5700

5 Attorney for Defendant
SIPPY LAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-mj-00003 EFB |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] *D&O* ORDER TO EXTEND TIME TO POST SECURED BOND |
| SIPPY LAL, | |
| Defendant. | JUDGE: Hon. Edmund F. Brennan |

On January 11, 2012, the Honorable Edmund F. Brennan ordered Mr. SIPPY be released on a $100,000 property bond to be secured by the defendant's sister's real property. A notice of agreement to forfeit property was posted with the court on January 11, 2012. All of the paperwork is still in the process of being completed and signed by the property owner and additional time is needed to have the Deed notarized and recorded with the county recorders office.

For the reasons stated above, additional time is needed to received and finalize the Deed of Trust. Accordingly, the parties agree that the deadline for posting the secured bond may be extended one

additional week, to January 27, 2012. This office has contacted Assistant United States Attorney Philip Ferrari and he has no objection to this request.

DATED: January 18, 2012      Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Douglas Beevers
                             Assistant Federal Defender
                             Attorney for Defendant
                             SIPPY LAL

DATED: January 18, 2012      BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Douglas Beevers for
                             PHILIP FERRARI
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: January *18*, 2012.   _____
                             DALE A. DROZD
                             United States Magistrate Judge